1  KARLA J. KRAFT (SB# 205530)
   Email: kkraft@hbwllp.com
2  FRED L. WILKS (SB# 205403)
   Email: fwilks@hbwllp.com
3  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
4  Irvine, California 92618
   Telephone: (949) 450-8040
5  Facsimile: (949) 450-8033

6  Attorneys for Defendant
   GE ENERGY FINANCIAL SERVICES, INC.,
7  erroneously sued as GE ENERGY FINANCIAL
   SERVICES, a division of GENERAL ELECTRIC
8  COMPANY

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12 | BLUE DIAMOND RENEWABLES, | CASE NO.: CV13-04611 RSWL(JCGx)
   | L.L.C., a Texas Limited Liability
13 | Company, | **DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO F.R.C.P. 7.1**
14 |            Plaintiff,
15 |      vs.
16 | GE ENERGY FINANCIAL
   | SERVICES, a division of GENERAL
17 | ELECTRIC COMPANY, a New York
   | Corporation, SOUTHERN
18 | CALIFORNIA EDISON COMPANY,
   | a California Corporation, MAGIC
19 | JOHNSON ENTERPRISES, INC., an
   | Illinois Corporation; and DOES 1 to
20 | 10,
21 |            Defendants.

207084

DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST

The undersigned, counsel of record for defendant GE Energy Financial Services, Inc. ("GE EFS"), erroneously sued as GE Energy Financial Services, a division of General Electric Company, hereby discloses the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. The parent corporation of GE EFS is General Electric Capital Corporation.

2. The parent corporation of General Electric Capital Corporation is General Electric Company.

3. No other publicly held corporation owns 10% or more of GE EFS' stock.

DATED: August 14, 2013       HODEL BRIGGS WINTER LLP
                             KARLA J. KRAFT
                             FRED L. WILKS


                             By: _____/s/ Fred L. Wilks_____
                                       FRED L. WILKS

                             Attorneys for Defendant
                             GE ENERGY FINANCIAL SERVICES, INC.,
                             erroneously sued as GE ENERGY FINANCIAL
                             SERVICES, a division of GENERAL ELECTRIC
                             COMPANY

207084

1

DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST