JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE DIAMOND RENEWABLES, L.L.C., a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>GE ENERGY FINANCIAL SERVICES, a division of GENERAL ELECTRIC COMPANY, a New York Corporation, SOUTHERN CALIFORNIA EDISON COMPANY, a California Corporation, MAGIC JOHNSON ENTERPRISES, INC. an Illinois Corporation, and DOES 1 to 10,<br><br>Defendants. | CASE NO. CV13-04611 RSWL (JCGx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

This Court has considered the Stipulation of Dismissal entered into by and between Plaintiff Blue Diamond Renewables, L.L.C. on one hand and Defendant Magic Johnson Entertainment Inc. dba Magic Johnson Enterprises on the other hand. The Court having determined that the request is properly supported, hereby makes the following Order:

///
///
///

The above-captioned action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), each side to bear their own costs and expenses. All dates presently set on the Court's calendar are VACATED.

Pursuant to the Stipulation of the Parties, it is so **ORDERED**.

DATED: 3/31/2015                    By: __RONALD S.W. LEW__

HONORABLE Ronald S.W. Lew
U.S. District Court Judge

Submitted by:

KENNETH M. JONES (SBN 140358)
ALAN J. HART (SBN 278645)
**ROPERS, MAJESKI, KOHN & BENTLEY**
445 South Figueroa Street, Suite 3000
Los Angeles, California 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: kenneth.jones@rmkb.com
Email: alan.hart@rmkb.com

Attorneys for Defendant
MAGIC JOHNSON ENTERTAINMENT INC., dba MAGIC JOHNSON ENTERPRISES, *erroneously sued as* MAGIC JOHNSON ENTERPRISES, INC.